**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY MCMANUS,<br><br>        Plaintiff,<br><br>    v.<br><br>MATT JONES, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00892-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 9] |

      Plaintiff Danny McManus is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 19, 2017. Local Rule 302.

      On August 9, 2017, the Court issued an order authorizing service of Plaintiff's complaint, and requiring Plaintiff to fill out and return the USM-285 forms and summonses within thirty days. (Doc. 9.) More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order. Accordingly, it is HEREBY ORDERED that Plaintiff is directed to show cause in writing why the action should not be dismissed, without prejudice, for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **September 19, 2017**

                                      UNITED STATES MAGISTRATE JUDGE