FILED
APR 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McMANUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>V. YANG, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00892-LJO-SAB (PC)<br><br>ORDER THAT INMATE DANNY McMANUS, CDCR # AT-8768 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

Plaintiff Danny McManus is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on April 17, 2018, inmate Danny McManus, CDCR #AT-8768, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 4/17/18

_____
UNITED STATES MAGISTRATE JUDGE

1